# Morgan Lewis

**Melissa D. Hill**
Partner
+1.212.309.6318
melissa.hill@morganlewis.com

March 24, 2026

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Toomey v. One Equity Partners*, No. 1:24-cv-04088-MMG

Your Honor:

We represent Defendant One Equity Partners ("OEP" or "Defendant") in the above-referenced matter. We write pursuant to Local Civil Rule 7.1(e) and Rule II(B)(4) of Your Honor's Individual Rules & Practices to respectfully request that Your Honor formally stay this action under *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023), during the pendency of OEP's appeal of the denial of its motion to compel arbitration. *See id.* at 740 ("An appeal, including an interlocutory appeal, 'divests the district court of its control over those aspects of the case involved in the appeal.'" (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)); *id.* at 744 ("In short, the *Griggs* rule requires that a district court stay its proceedings while the interlocutory appeal on the question of arbitrability is ongoing.").

The Supreme Court described this stay during the pendency of the appeal as "automatic." *Id.* at 743. Nonetheless, because OEP's answer to the complaint would otherwise be due this Wednesday, March 25, OEP writes in an abundance of caution to respectfully request that the Court formally enter the automatic stay.

Plaintiff does not oppose this request. We thank you for your consideration of this matter.

Sincerely,

*/s/ Melissa D. Hill*
Melissa D. Hill

GRANTED. The case is STAYED pending appeal.

SO ORDERED. Dated March 25, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

**T** +1.212.309.6000
**F** +1.212.309.6001