USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANNA TOOMEY,

       Plaintiff,

   -against-

ONE EQUITY PARTNERS,

       Defendant.

24-CV-04088 (MMG)

**NOTICE OF INITIAL
PRETRIAL CONFERENCE**

MARGARET M. GARNETT, United States District Judge:

 In light of the parties' stipulation withdrawing the appeal, *see* Dkt. No. 33, the stay in this case is LIFTED.  The deadline for Defendant to answer Plaintiff's complaint is **June 24, 2026.**

 Counsel for all parties shall appear for an Initial Pretrial Conference with the Court on **Thursday, July 16, 2026 at 9:30 A.M.**  The conference will be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

 Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference.  Additionally, in accordance with Rule II(A)(5) of the Individual Rules, the parties are hereby ORDERED to file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **July 9, 2026**.  The parties shall use this Court's form proposed Civil Case Management Plan and Scheduling Order, which is also available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: June 9, 2026
   New York, New York

       SO ORDERED.

       MARGARET M. GARNETT
       United States District Judge